FILED

Clear Form

JUL 18 2022 *fs*

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

JacksonBlainet.All
                  Plaintiff,

    vs.

Caltrans et. All
                Defendant.

CASE NO. **C22-04178**

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
**(Non-prisoner cases only)**

I, ___Adam Davis___, declare, under penalty of perjury that I am the plaintiff

in the above entitled case and that the information I offer throughout this application is true and

correct.  I offer this application in support of my request to proceed without being required to

prepay the full amount of fees, costs or give security.  I state that because of my poverty I am

unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

       In support of this application, I provide the following information:

1.    Are you presently employed?          Yes ____  No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1   and wages per month which you received.

2   _____

3   _____

4   _____

5   2.      Have you received, within the past twelve (12) months, any money from any of the

6   following sources:

7       a.      Business, Profession or                    Yes ____ No ✗

8               self employment?

9       b.      Income from stocks, bonds,                 Yes ____ No ✗

10              or royalties?

11      c.      Rent payments?                             Yes ____ No ✗

12      d.      Pensions, annuities, or                    Yes ____ No ✗

13              life insurance payments?

14      e.      Federal or State welfare payments,         Yes ____ No ✗

15              Social Security or other govern-

16              ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  _____

20  _____

21  3.      Are you married?                               Yes ____ No ✗

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____ Net $_____

26  4.      a.      List amount you contribute to your spouse's support:$ _____

27          b.      List the persons other than your spouse who are dependent upon you for support

28                  and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.      Do you own or are you buying a home?          Yes ____   No __X__

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.      Do you own an automobile?                     Yes ____   No ____

Make _Chevy_____    Year _2001_____  Model _TAHOE_____

Is it financed? Yes _____  No __X__  If so, Total due: $ _____

Monthly Payment: $ _____

7.      Do you have a bank account?  Yes _____  No __X__ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash?  Yes ____  No __X__  Amount:  $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

market value.)                                        Yes __X__  No ____

_trailer $5000_____

8.      What are your monthly expenses?

Rent:  $ _____  Utilities: _____

Food:  $ __400_____  Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.      Do you have any other debts?  (List current obligations, indicating amounts and to whom

they are payable.  Do not include account numbers.)

_____

_____

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes __X__  No ____

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____7/27/22_____          _____
        DATE                            SIGNATURE OF APPLICANT