1

2

3

4                           UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    JACKSON BLAIN, et al.,                    Case No. 3:22-cv-04178-WHO

8                    Plaintiffs,
                                               **TEMPORARY RESTRAINING ORDER**
9           v.
                                               Re: Dkt. No. 2
10   GAVIN NEWSOM, et al.,

11                   Defendants.

12

13          The plaintiffs, homeless individuals at the Wood Street encampment in Oakland,

14   California, seek a temporary restraining order ("TRO") against agencies and officials of the State

15   of California, City of Oakland, and County of Alameda to prevent a planned closure of the

16   encampment and removal of the plaintiffs and their possessions.[1]  *See* Dkt. No. 2.  I have

17   reviewed the complaint, motion for a TRO, and supporting exhibits.

18          The plaintiffs have met the standard for temporary relief that preserves the status quo until

19   the defendants can appear and be heard; the motion for a TRO is GRANTED.  *See* Fed. R. Civ. P.

20   65(b); *Alliance for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1132 (9th Cir. 2011).  Because of

21   the abrupt timeline on which notice appears to have been given to the plaintiffs and the imminence

22   of the closure, this TRO will issue without notice.  *See* Fed. R. Civ. P. 65(b)(1).  Its terms appear

23   at the end of this Order.

24          The Clerk of the Court shall immediately issue summonses for all defendants and the U.S.

25

26   _____

27   [1] The defendants are the California Department of Transportation ("Caltrans"), the Director of
     Caltrans, the Governor of California, the Director of Caltrans District 4, the City of Oakland, the
     Mayor of Oakland, the City Manager of Oakland, the County of Alameda, the Administrator of
28   the County of Alameda, and the Burlington Northern Santa Fe Railroad and its President and
     CEO.

*United States District Court*
*Northern District of California*

Marshall shall immediately serve a copy of the summons, complaint, motion for a TRO, and this Order on all defendants. Separately, the Clerk of the Court shall immediately, no later than noon today, electronically serve a copy of this Order, the complaint, and the motion for a TRO, on the Attorney General of the State of California at AGelectronicservice@doj.ca.gov and the Oakland City Attorney at claims@oaklandcityattorney.org; the Clerk shall immediately, no later than noon today, transmit a copy of those documents by facsimile to the Alameda County Counsel at 510-272-5020. Because the plaintiffs are proceeding pro se and have moved to proceed in forma pauperis, and the defendants' announcement states that the defendants are coordinating on the closure of the encampment, each defendant that receives notice of this suit (in any manner) is ORDERED to immediately contact counsel for the remaining defendants and provide notice of the suit.

A hearing on whether to maintain the TRO pending a determination about the issuance of a preliminary injunction is set for Friday, July 22, 2022, at 10:00 am via Zoom videoconference. The defendants may file responsive briefs of no more than 15 pages by noon on July 21, 2022. The defendants are encouraged to file their response jointly to the extent it is appropriate. The briefing will solely address whether a TRO should remain in place until a decision on a preliminary injunction can be made. A briefing schedule on a preliminary injunction will be set, if appropriate, at the hearing.

**TEMPORARY RESTRAINING ORDER**

This TRO applies to the named defendants; their officers, agents, servants, employees, and attorneys; and persons who are in active concert or participation with the foregoing individuals and entities. These individuals and entities are hereby **RESTRAINED** from proceeding with planned removal of persons, personal possessions, and structures from the Wood Street encampment; closing the Wood Street encampment; or otherwise removing homeless individuals from the Wood Street encampment.

This TRO does not prohibit particularized removals or other actions that are unrelated to the planned closure of the Wood Street encampment (such as lawfully removing possessions in the course of suppressing a fire or effectuating a lawful arrest for reasons unrelated to the planned

2

closure).

   **IT IS SO ORDERED.**

Dated: July 19, 2022

_____
William H. Orrick
United States District Judge