United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON BLAIN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 3:22-cv-04178-WHO<br><br>**ORDER ON MOTIONS TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. Nos. 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16 |

The motions to proceed in forma pauperis are granted. Service of process by the U.S. Marshall without prepayment pursuant to 28 U.S.C. § 1915 has already been ordered.

**IT IS SO ORDERED.**

Dated: July 19, 2022



William H. Orrick
United States District Judge