AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Jackson Blain, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:22-cv-04178-WHO |
| Gavin Newsom, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defs State of California, by and through Department of Transportation; Toks Omishakin; Dina El-Tawansy .

Date: 07/19/2022

*Attorney's signature*

Stephen A. Silver (SBN 214505)
*Printed name and bar number*

Caltrans Legal Division – Bay Area Legal Office
111 Grand Ave., Ste. 11-100, Oakland, CA 94612
Mail: P.O. Box 24325, Oakland, CA 94623-1325

*Address*

Stephen.Silver@dot.ca.gov
*E-mail address*

(510) 433-9100
*Telephone number*

(510) 433-9167
*FAX number*