William B. Rowell, Bar No. 178587
Thiele R Dunaway, Bar No. 130953
Marc Brainich, Bar No. 191034
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California  94607
Tel: (510) 834-6600 / Fax: (510) 834-1928
BRowell@fennemorelaw.com
RDunaway@fennemorelaw.com
MBrainich@fennemorelaw.com

Attorneys for Defendants
County of Alameda and Susan Muranishi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON BLAIN, et al., | Case No. 3:22-cv-04178-WHO |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| CALIFORNIA DEPARTMENT OF TRANSPORTATION, et al., | |
| Defendants. | |

I am employed in the County of  County, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1111 Broadway, 24th Floor, Oakland, California  94607.

I hereby certify that on July 21, 2022, I electronically filed the following documents with the Clerk of the court by using the CM/ECF system:

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS COUNTY OF ALAMEDA AND SUSAN MURANISHI**

**OPPOSITION OF DEFENDANTS COUNTY OF ALAMEDA AND SUSAN MURANISHI TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

**DECLARATION OF KERRY ABBOT IN SUPPORT OF DEFENDANTS COUNTY OF ALAMEDA AND SUSAN MURANISHI TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

1    Participants in the case who are registered CM/ECF users will be served by the CM/ECF
2  system.

3    I further certify that some of the participants in the case are not registered CM/ECF users.
4  On July 21, 2022, I have caused to be mailed in Fennemore Wendel's internal mail system, the
5  foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party
6  commercial carrier for delivery to the following non-CM/ECF participants:

7    ***Please see attached Service List.***

8    I declare that I am employed in the office of a member of the bar of this court at whose
9  direction the service was made.

10    Executed on July 21, 2022, at Oakland, California.

11

12                    */s/ Lena S. Mason*
                         Lena S. Mason

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## SERVICE LIST

2

Jackson Blain                                          *In Pro Per*
3    637 Hillsborough Street, Apt. 2
     Oakland, CA 94606
4

5    Kellie Castillo                                     *In Pro Per*
     John Janosko
6    Kelly Thompson
     Nicolas Gonzalez
7    Esteban Gonzalez
     Shawn Widomen
8    Peter A. Doder
     Alex Heine
9    Mayana Sparks
10   Adam Davis
     Richard Milton
11   Benjamin Murawski
     Ramona
12   James Foreman
13   Ken Shen
     Pierre Daniels
14   Phil Jenkins
     David Bahar
15   Katherine Cavener
     Jeremy Oliviera
16   Abby Dill
17   Jessica Higgin
     Matt Sanativsar
18   Dustin Denega
     Matthew Buster
19   Will Schwerma
     Douglas Sollars
20   Jay Prasad

21
     1707 Wood Street
22   Oakland, CA 94608

23

24

25

26

27

28