ERIN HOLBROOK, Chief Counsel
G. MICHAEL HARRINGTON, Deputy Chief Counsel
SAMUEL C. LAW, Assistant Chief Counsel
STEPHEN A. SILVER, Deputy Attorney (SBN 214505)
Caltrans Legal Division – Bay Area Office
111 Grand Avenue, Suite 11-100, Oakland, CA 94612
Mail: P.O. Box 24325, Oakland, CA 94623-1325
Telephone: (510) 433-9100, Facsimile: (510) 433-9167

Attorneys for Defendants STATE OF CALIFORNIA, acting by and through the DEPARTMENT OF TRANSPORTATION ("CALTRANS"); DINA EL-TAWANSY; and TOKS OMISHAKIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON BLAIN; JOHN JANOSKO; KELLIE CASTILLO; KELLY THOMPSON; NICOLAS GONZALEZ; ESTEBAN GONZALEZ; SHAWN WIDOMEN; PETER A. DODER; ALEX HEINE; MAYANA SPARKS; ADAM DAVIS; RICHARD MILTON; BENJAMIN MURAWSKI; RAMONA; GREG WIDOWMEN; JAMES FOREMAN; KEN SHEN; PIERRE DANIELS; PHIL JENKINS; DAVID BAHAR; KATHERINE CAVENER; JEREMY OLIVIERA; ABBY DILL; JESSICA HIGGIN; MATT SANATIVSAR; DUSTIN DENEGA; MATTHEW BUSTER; WILL SCHWERMA; DOUGLAS SOLLARS; JAY PRASAD, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF TRANSPORTATION; DINA EL-TAWANSY; CITY OF OAKLAND; ED REISKIN; BURLINGTON NORTHERN SANTA FE RAILROAD; SUSAN MURANISHI; GOVERNOR GAVIN NEWSOM; COUNTY OF ALAMEDA; TOKS OMISHAKIN; KATHERYN FARMER; LIBBY SCHAAF, <br><br> Defendants. | Case No.: 3:22-cv-04178-WHO <br><br> **PROOF OF SERVICE** <br><br><br> Date of Hearing: July 22, 2022 <br><br> Time: 10:00 a.m. <br> Judge: Hon. William H. Orrick |

**Case Name:** *Jackson Blain, et al. v. CA Department of Transportation (Caltrans), et al.*
**Case No.:**  <u>U.S. District Court; Northern District of California Case No. 3:22-cv-04178-WHO</u>

## PROOF OF SERVICE

I, the undersigned, say: I am, and was at all times herein mentioned, employed in the City of Oakland, and County of Alameda, over the age of 18 years and not a party to the within action or proceedings; that my business address is 111 Grand Avenue, Suite 11-100, Oakland, California 94612; Mail: P.O. Box 24325, Oakland, CA 94623-1325; that on the date set forth below, I served the within:

1. **DEFENDANTS CALIFORNIA DEPARTMENT OF TRANSPORTATION, DINA EL-TAWANSY AND TOKS OMISHAKIN'S OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER;**

2. **DECLARATION OF STEPHEN A. SILVER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR JUDICIAL NOTICE;**

3. **SECOND DECLARATION OF STEPHEN A. SILVER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR JUDICIAL NOTICE;**

4. **DECLARATION OF CHERYL CHAMBERS IN SUPPORT OF DEFENDANTS CALTRANS, DINA EL-TAWANSY AND TOKS OMISHAKIN'S OPPOSITION TO PLAINTIFFS MOTION FOR TEMPORARY RESTRAINING ORDER;**

5. **DECLARATION OF CHRISTOPHER BALINGIT IN SUPPORT OF DEFENDANTS CALTRANS, DINA EL-TAWANSY AND TOKS OMISHAKIN'S OPPOSITION TO PLAINTIFFS MOTION FOR TEMPORARY RESTRAINING ORDER;** and

6. **DECLARATION OF ANDREW BASKERVILLE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER.**

on all interested parties in said action by:

[XX]  **(OVERNIGHT DELIVERY)** By placing a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to the office of the State of California, Department of Transportation, to be delivered by the express mail carrier, to the address(es) shown below.

[XX]  **(BY ELECTRONIC-MAIL through True Filing)** by attaching a copy of the document(s) in PDF format to the True Filing system and selecting service to the email addresses of the parties listed below

/ / /

| COUNSEL OF RECORD | EMAIL ADDRESSES/CONTACT |
|---|---|
| **BY ECF SERVICE & OVERNIGHT MAIL**<br>Jackson Blain<br>637 Hillsborough Street, Ste Apt 2<br>Oakland, CA 94606<br>Tel: 413-522-3116<br><u>*Plaintiffs, In Pro Per*</u> | jazcolibri17@gmail.com<br><br>Jackson Blain<br>637 Hillsborough Street, Ste Apt 2<br>Oakland, CA 94606 |

CALIFORNIA DEPARTMENT OF TRANSPORTATION - LEGAL DIVISION
111 Grand Avenue, Suite 11-100, Oakland, CA 94612
Mail: P.O. Box 24325, Oakland, CA 94623-1325
Telephone: (510) 433-9100, Facsimile: (510) 433-9167

| | |
|---|---|
| **BY OVERNIGHT MAIL ONLY**<br><br>Kellie Castillo, John Janosko, Kelly Thompson, Nicolas Gonzalez, Esteban Gonzalez, Shawn Widomen, Peter A. Doer, Alex Heine, Mayana Sparks, Adam Davis, Richard Milton, Benjamin Murawski, Ramona, James Foreman, Ken Shen, Pierre Daniels, Phil Jenkins, David Bahar, Katherine Cavener, Jeremy Oliviera, Abby Dill, Jessica Higgin, Matt Sanativsar, Dustin Denega, Matthew Buster, Will Schwerma, Douglas Sollars, Jay Prasad<br><br>**1707 Wood Street<br>Oakland, CA 94608**<br><br>*Plaintiffs, In Pro Per* | **1707 Wood Street<br>Oakland, CA 94608** |
| **COURTESY COPY BY OVERNIGHT DELIVERY**<br><br>**Hon. William H. Orrick** | United States District Court<br>450 Golden Gate Avenue, Box 36060<br>San Francisco, CA 94102-3489 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 21, 2022, at Oakland, California.

_____
EMIGDIO LOPEZ-ACOSTA, Declarant