JACKSON BLAIN
637 Hillsborough St Apt 2
OAKLAND, CA 94606
Tel: 413-522-3116
Email: jazcolibri17@gmail.com

Plaintiff Pro Se

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACKSON BLAIN et al; )<br> )<br> Plaintiffs, )<br> )<br> vs. )<br> )<br>GAVIN NEWSOM et al; )<br> Defendants. )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> ) | Case No.: 3:22-CV-04178-WHO<br><br>**SUPPLEMENTAL DECLARATION OF JACKSON BLAIN IN SUPPORT OF PLAINITFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Date:   July 21, 2022<br>Time:  10:00 AM<br>Judge: Hon. William Orrick |

I, Jackson Blain, declare:

1. I have personal knowledge of the facts set forth in this declaration and if called as a witness could competently testify thereto.

2. My legal name is Jackson Blain. I go by Jaz Colibri and I am in the process of legally changing my name to Jaz Colibri. I identify as trans and non-binary, and I use she/they pronouns. I am one of the named plaintiffs in Blain et al. v. Newsom et al.

3. The evening after going to court to file Blain et al v. Newsom et al, on July 18, 2022, I became very sick. I developed a high fever and have had debilitating stomach problems. I am not sure what illness I have but I am still feeling very weak. There is currently a serious outbreak of this illness in the Wood St encampment where I live. I am currently convalescing at a hotel.

4. I am aware that John Janosko, another plaintiff in the Blain et al v. Newsom et al case, and one of the main activists living at Wood St, was very sick and was in the ICU at Alta Bates until yesterday. I believe he was just released to a regular room in the hospital.

5. I am aware of eight other people who have also become sick over the last two weeks.

6. There are likely others who are sick and many others may have been exposed because on Sunday night, the night before John Janosko and I developed symptoms, we were both at a meeting to discuss the TRO and complaint.

7. Because of the outbreak, it is very unsafe for us to gather right now to fight for our community but our homes and our lives are at stake.

8. If the TRO is lifted tomorrow and the Defendants are allowed to go forward with the eviction, I will not be physically able to support my community in protecting our homes and belongings. Other residents, including John, are in the same position. We won't be able to support folks in relocating their homes without severe risk to all of our health and well-being.

9. We are aware that Caltrans intends to immediately proceed with an eviction if the TRO is lifted.

10. Talya Husbands-Hankin and her sister Shira went to Wood St on my behalf yesterday morning, July 20, 2022, to check on my community. Talya sent me

1  pictures of new notices posted by Caltrans stating that they plan to remove structures near Cob
2  on Wood starting July 25, 2022, which is the coming Monday. She sent me these pictures and I
3  have attached them here as Exhibit A.

4      11.    I declare under penalty of perjury under the laws of the United States of America
5  that the foregoing is true and correct. This declaration was executed on July 21, 2022, in
6  Oakland, California.

_____

Jackson Blain

SUPPLEMENTAL DECLARATION OF JACKSON BLAIN IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER - 3

# EXHIBIT A

SUPPLEMENTAL DECLARATION OF JACKSON BLAIN IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER - 4



SUPPLEMENTAL DECLARATION OF JACKSON BLAIN IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER - 5



SUPPLEMENTAL DECLARATION OF JACKSON BLAIN IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER - 6





SUPPLEMENTAL DECLARATION OF JACKSON BLAIN IN SUPPORT OF PLAINTIFFS'
MOTION FOR TEMPORARY RESTRAINING ORDER - 7