UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| Date: July 22, 2022 | Time: 1 hour, 13 mins. 10:03 a.m. to 11:16 a.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 22-cv-04178-WHO | Case Name: Blain v. California Department of Transportation | |

**Attorney for plaintiffs:** Brigette Nicoletti, specially appearing
**Pro se plaintiffs:** Jackson "Jaz Colibril" Blain, Kellie Castillo, John Janosko, Kelly Thompson, and Alex Heine
**Attorneys for CA Dept. of Transportation:** Stephen A. Silver, Sam Law, and Alex F. Pevzner
**Attorney for City of Oakland:** Jamilah A. Jefferson
**Attorney for County of Alameda:** Marc Brainich
**Attorney for Governor Newsom:** Lara Haddad
**Attorney for BNSF**: Jacob Flesher (specially appearing)

**Deputy Clerk:** Jean Davis          **Court Reporter:** Ruth Levine Ekhaus

PROCEEDINGS

Hearing on Motion for Temporary Restraining Order conducted via videoconference. The Court asks counsel about the issues of shelter and assistance that can be provided to residents of the area known as the Wood Street encampment who are subject to anticipated removal.

CalTrans, County of Alameda, and City of Oakland heard regarding the fire risks and past fires which have prompted the notice of eviction. They have no plan concerning shelter and assistance upon the clearing of the Wood Street encampment.

Ms. Nicoletti and pro se plaintiffs/residents Kelly Thompson, John Janosko, and Kellie Castillo are allowed to address the Court.

A related state court action (*Sanchez*) has resulted in an injunction that addresses the storage of personal property for encampment residents who are subject to removal.

A related civil case may also be pending in the District Court before Judge Breyer. Counsel may move to have these cases related; however, relating the cases will not impact the Temporary Restraining Order.

The Temporary Restraining Order will remain in place until dissolved by further Court action. The Court acknowledges that the current encampment conditions present a public safety hazard; closure of the encampment is necessary and inevitable. However, the removal must be conducted in compliance with a comprehensive plan agreed to by the defendants. This plan must include at

a minimum reasonable notice, the offer of shelter, and protection of personal property. A written order will follow.

Hearing for preliminary injunction/dissolution of the TRO set for August 26, 2022 at 10 a.m.

REFERRALS

[X]  Case referred to Magistrate Judge Robert Illman to work with the parties to develop a comprehensive plan regarding the closure of the encampment and settlement.