AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Jackson Blain, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:22-cv-04178 |
| California Department of Transportation, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BNSF Railway Company.

Date:     08/01/2022

/s/ Jacob D. Flesher
*Attorney's signature*

Jacob D. Flesher
*Printed name and bar number*

Flesher Schaff & Schroeder, Inc.
2205 Plaza Drive, Suite 225
Rocklin, CA 95765
*Address*

jdf@fsslawfirm.com
*E-mail address*

(916) 672-6558
*Telephone number*

(916) 672-6602
*FAX number*