AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Jackson Blain, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:22-cv-04178 |
| California Department of Transportation, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of California, by and through Department of Transportation,;Toks Omishakin; Dina El-Tawansy   .

Date:   08/09/2022

*Attorney's signature*

Deborah L. Goodman (SBN 276259)
*Printed name and bar number*

Caltrans Legal Division - Bay Area Office
111 Grand Ave., Ste. 11-100, Oakland, CA 94612
Mail: P.O. Box 24325, Oakland, CA 94623-1325
*Address*

Deborah.Goodman@dot.ca.gov
*E-mail address*

(510) 433-9100
*Telephone number*

(510) 433-9167
*FAX number*