ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
LARA HADDAD
Deputy Attorney General
State Bar No. 319630
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone: (213) 269-6250
  Fax: (916) 731-2124
  E-mail: Lara.Haddad@doj.ca.gov
*Attorneys for Governor's Office*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACKSON BLAIN, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **GAVIN NEWSOM, et al.,** <br><br> Defendants. | 3:22-cv-04178-WHO <br><br> **RESPONSE OF GOVERNOR GAVIN NEWSOM TO MODIFIED TEMPORARY RESTRAINING ORDER** <br><br> Date: August 26, 2022 <br> Time: 10:00 a.m. <br> Judge: The Hon. William H. Orrick <br> Action Filed: July 18, 2022 |

**RESPONSE OF GOVERNOR GAVIN NEWSOM TO MODIFIED TRO**

On July 22, 2022, this Court entered an order modifying the earlier-issued temporary restraining order ("TRO") in this matter, and set a hearing on a motion to dissolve the TRO for August 26, 2022, at which time defendants also have been ordered to show cause why a preliminary injunction should not issue. ECF 40 at 9. The Court specified, however, that the TRO does not apply to the Governor of California because "there is no indication that he has any sufficient involvement in the events at issue" to overcome Eleventh Amendment immunity. *Id.* at 3. The Court also set a briefing schedule for any motion to dissolve the TRO and the potential issuance of a preliminary injunction. *Id.* at 7.

Pursuant to the Court's July 22, 2002 order, and in lieu of a motion to dissolve the TRO—because the TRO already has been dissolved as to him (ECF 40 at 3)—the Governor is filing this short response in opposition to the issuance of any preliminary injunction with respect to him. For the reasons the Governor already has briefed, see ECF 27 at 2-5, and as the Court already has recognized, the Governor is not a proper defendant. And the Governor continues to agree with Caltrans' arguments why no injunction should be extended against any of the defendants because plaintiffs cannot succeed on the merits and the balance of harms tips against an injunction, see ECF 27 at 5.

Moreover, the Court may dismiss the Governor from this matter at any time, even though no motion is pending. *See Charley's Taxi Radio Dispatch Corp. v. SIDA of Hawaii, Inc.*, 810 F.2d 869, 873 n. 2 (9th Cir. 1987) ("Like a jurisdictional bar . . . the effect of the Eleventh Amendment must be considered *sua sponte* by federal courts."). The Court may dismiss on the basis that a claim is barred by sovereign immunity even before service of process.[1] *See Franklin v. State of Or., State Welfare Division*, 662 F.2d 1337, 1342 (9th Cir. 1981) (holding that a court may dismiss an action *sua sponte* for lack of subject matter jurisdiction; "it is not required to issue a summons or follow the other procedural requirements."); *see also Scholastic Entertainment, Inc. v. Fox Entertainment Group, Inc.*, 336 F.3d 982, 985 (9th Cir. 2003) (*sua sponte* dismissal for lack of subject matter jurisdiction may occur even where a party has not been provided notice

---

[1] As of this filing, the Governor has not yet been served in this matter.

or an opportunity to respond). Therefore, the Governor respectfully requests that he be dismissed from the action at this time.

Dated: August 12, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

*s/ Lara Haddad*
LARA HADDAD
Deputy Attorney General
*Attorneys for Governor's Office*

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Blain, Jackson, et al. v. Gavin Newsom, et al.** | No. | **3:22-cv-04178-WHO** |

I hereby certify that on <u>August 12, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**RESPONSE OF GOVERNOR GAVIN NEWSOM TO MODIFIED TEMPORARY RESTRAINING ORDER**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>August 12, 2022</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 12, 2022</u>, at Los Angeles, California.

| | |
|---|---|
| Lara Haddad | *Lara Haddad* |
| Declarant | Signature |

SA2022303157
65340397.docx

# SERVICE LIST
Case Name:  Blain, Jackson, et al. v. Gavin Newsom, et al.
Case Number:  3:22-cv-04178-WHO

Jackson Blain
637 Hillsborough St., Apt. 2
Oakland, CA  94606
*In Pro Per*

Kellie Castillo
John Janosko
Kelly Thompson
Nicolas Gonzalez
Esteban Gonzalez
Shawn Widomen
Peter A. DOder
Alex Heine
Mayana Sparks
Adam Davis
Richard Milton
Benjamin Murawski
Ramona
James Foreman
Ken Shen
Pierre Daniels
Phil Jenkins
David Bahar
Katherine Cavener
Jeremy Oliviera
Abby Dill
Jessica Higgin
Matt Sanativsar
Dustin Denega
Matthew Buster
Will Schwerma
Douglas Sollars
Jay Prasad

1707 Wood Street
Oakland, CA 94608
*In Pro Per*

08/11/2022