United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON BLAIN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, et al.,<br><br>    Defendants. | Case No. 3:22-cv-04178-WHO<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 148 |

The pro se plaintiffs filed this suit against several defendants, alleging violations of various statutes and constitutional rights, stemming from the closure of a homeless encampment in Oakland, California. [Dkt. No. 1]. I granted the defendants' motions to dismiss on November 3, 2022, dismissing all of the plaintiffs' claims but granting leave to amend several causes of action as to most defendants. [Dkt. No. 148]. As of the date of this Order, the plaintiffs have not filed an amended complaint.

Plaintiffs are ORDERED TO SHOW CAUSE why judgment should not be entered in light of the order on the motion to dismiss and/or why the entire case should not be dismissed for failure to prosecute. Plaintiffs may expunge this Order to Show Cause by filing an amended Complaint by January 6, 2023, that addresses the issues raised by the defendants in the motions to dismiss and in my Order granting the motions to dismiss. **If plaintiffs fail to file an amended complaint by January 6, 2023, this action will be DISMISSED with prejudice for failure to prosecute.** Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED.**

Dated: December 13, 2022



William H. Orrick
United States District Judge