UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JOHN JANOSKO, et al.,<br><br>            Plaintiffs,<br><br>        v.<br><br>CITY OF OAKLAND,<br><br>            Defendant. | Case No.  23-cv-00035-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States District Judge Orrick, to consider whether the case is related to case number 3:22-cv-04178-WHO.

**IT IS SO ORDERED.**

Dated: January 5, 2023

_____
LAUREL BEELER
United States Magistrate Judge

ORDER ─ No. 23-cv-00035-LB