UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACKSON BLAIN, et al.,

    Plaintiffs,

v.

CALIFORNIA DEPARTMENT OF TRANSPORTATION, et al.,

    Defendants.

Case No. 3:22-cv-04178-WHO

**ORDER DISMISSING CASE**

Re: Dkt. Nos. 155, 156

The pro se plaintiffs filed this suit against several defendants, alleging violations of various statutes and constitutional rights, stemming from the closure of a homeless encampment in Oakland, California. [Dkt. No. 1]. I granted the defendants' motion to dismiss on November 3, 2022, dismissing all of the plaintiffs' claims but granting leave to amend several causes of action. [Dkt. No. 148].

On December 13, 2022, I entered an Order to Show Cause ("OSC") why judgment should not be entered in light of the motion to dismiss and/or why the entire case should not be dismissed for failure to prosecute. [Dkt. No. 151]. On January 5, 2023, the plaintiffs responded to the OSC indicating some individuals may wish to pursue the litigation but as a whole they were unable to contact all named plaintiffs to discuss litigation strategy. [Dkt. No. 155]. They requested that, should the case be dismissed, dismissal be without prejudice. *Id.* On January 9, 20202, I vacated the OSC and granted twenty days to any individual plaintiffs who wished to file an amended complaint. [Dkt. No. 156]. I stated that if no amended complaint was filed within that time period, the case would be dismissed without prejudice. *Id.*

More than twenty days have passed and no amended complaint has been filed, and I have received no indication that any plaintiffs wish to continue litigating this case. Accordingly, this

1  case is DISMISSED.  The claims that were dismissed with prejudice in the Order on the Motion to

2  dismiss are hereby dismissed with prejudice.  [Dkt. No. 148].  The claims that were dismissed

3  with leave to amend in that Order are now dismissed without prejudice.  *Id.*

4  **IT IS SO ORDERED.**

5  Dated: February 8, 2023



William H. Orrick
United States District Judge

2